18181.   GREESON *v.* BAILEY.
18183.   THOMAS *v.* BAILEY.

STEPHENS, J.   It appearing, from the answer made by the Supreme Court to the questions certified to it in these two cases (167 *Ga.* 638, 146 S. E. 490), that under the allegations in each petition as amended, neither plaintiff had a cause of action, the judge of the superior court, in each case, properly sustained the demurrer to the petition.

*Judgment in each case affirmed.   Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 6, 1929.

*M. B. Eubanks,* for plaintiffs.   *Slaton & Hopkins,* for defendant.